# RICCI v. VILLAGE OF ARLINGTON HEIGHTS

No. 97–501.   Argued April 21, 1998—Decided May 4, 1998

*Kenneth N. Flaxman* argued the cause and filed briefs for petitioner.

*David A. Strauss* argued the cause for respondent.   With him on the brief was *Jeffrey Edward Kehl.*

*Patricia A. Millett* argued the cause for the United States as *amicus curiae* urging affirmance.   With her on the brief were *Solicitor General Waxman, Acting Assistant Attorney General Keeney, Deputy Solicitor General Dreeben,* and *William C. Brown.**

PER CURIAM.

The writ of certiorari is dismissed as improvidently granted.

---

*Briefs of *amici curiae* urging reversal were filed for the American Civil Liberties Union et al. by *Susan N. Herman, Steven R. Shapiro, Harvey Grossman,* and *Stephen J. Schulhofer;* for Americans for Effective Law Enforcement, Inc., by *Wayne W. Schmidt, James P. Manak,* and *Bernard J. Farber;* and for the Institute for Justice by *William H. Mellor, Clint Bolick,* and *Scott G. Bullock.*

*Richard Ruda* and *James I. Crowley* filed a brief for the National League of Cities et al. as *amici curiae* urging affirmance.

*William J. Mertens* and *Barbara Bergman* filed a brief for the National Association of Criminal Defense Lawyers as *amicus curiae.*